*Jennifer Vickery*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided June 7, 2006

## EMIGRANT MORTGAGE COMPANY, INC. *v.* WALTER D'AGOSTINO

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 793 (AC 25939), is denied.

*Brendan J. O'Rourke* and *Marianne F. Murray*, in support of the petition.

*Robert A. Ziegler*, in opposition.

Decided June 7, 2006

## GARY KLINGER *v.* COMMISSIONER OF CORRECTION

The petitioner Gary Klinger's petition for certification for appeal from the Appellate Court, 94 Conn. App. 579 (AC 25978), is denied.

*Aaron J. Romano*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided June 7, 2006

## STATE OF CONNECTICUT *v.* BRIAN DELL

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 24 (AC 25709), is denied.